**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Henderson Police Department, Ofc. Medrano and Ofc. Canales

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVY, an individual,<br><br>          Plaintiff,<br><br>  vs.<br><br>CITY OF HENDERSON *ex rel.* HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER DANIEL MEDRANO, an individual; OFFICER RAYMOND CANALES, an individual; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case Number:<br>2:22-cv-02124-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

      IT IS HEREBY STIPULATED between Defendants Henderson Police Department, Officer Daniel Medrano and Officer Raymond Canales ("HPD Defendants"), by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, and Plaintiff David Levy ("Plaintiff"), by and through his attorney of record, Dale A. Hayes, Jr., Esq. of Hayes Wakayama Juan, that the above-referenced matter be dismissed with prejudice; and

      IT IS FURTHER STIPULATED that each party bear their own attorney fees and costs.

      IT IS SO STIPULATED this 3rd day of August, 2023.

| | |
|---|---|
| MARQUIS AURBACH | HAYES WAKAYAMA JUAN |
| By: *s/Craig R. Anderson*<br>   Craig R. Anderson, Esq.<br>   Nevada Bar No. 6882<br>   10001 Park Run Drive<br>   Las Vegas, Nevada 89145<br>   Attorney for Defendants | By:   *s/Dale A. Hayes*<br>   Dale A. Hayes, Jr., Esq.<br>   Nevada Bar No. 9056<br>   5798 S. Durango Dr., Ste. 105<br>   Las Vegas, Nevada 89113<br>   Attorney for Plaintiff |

MAC:01434-017 5169277_1 8/3/2023 8:48 AM

LEVY V. CITY OF HENDERSON, ET AL.

Case Number: 2:22-cv-02124-GMN-DJA

## **ORDER**

IT IS HEREBY ORDERED that the above-referenced matter be dismissed with prejudice; and

IT IS FURTHER ORDERED that each party bear their own attorney fees and costs.

The Clerk of Court is instructed to close the case.

Dated this __3__ day of August, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

MAC:01434-017 5169277_1 8/3/2023 8:48 AM